LAW OFFICE OF
# JONATHAN BENDER, P.C.

1250 24TH STREET, N.W., SUITE 350
WASHINGTON, D.C. 20037

jbender@ibusinesslawyer.com
www.ibusinesslawyer.com

(202) 466-0565
Fax (202) 478-1791

*RECEIVED BY MAIL*
*NOV 03 2003*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF MO*
*ST. LOUIS*

November 1, 2003

Clerk
US District Court
 for the Eastern District of MO
111 S. 10th Street, Suite 3.300
St. Louis, MO  63102

*ED –*
*random assign / corp-disd.*
*/ waiver*
*2 consents*

RE:   Complaint and Pro Haec Vice Motion in *Jamieson v. Name Administration, Inc.*

To the Clerk:

**4: 03CV01588FRB**

*11/5*

Please accept for filing the attached complaint and motion for admission pro haec vice in the matter of *Jamieson v. Name Administration, Inc.*  I have also enclosed an e-filing registration form, a request for waiver of service of summons, a civil cover sheet, an original filing form, a track information statement, and a check for $175.  Please date-stamp two copies of the complaint, motion, and other documents, and return them to me in the enclosed pre-paid Fed Ex envelope.

Thank you for your attention to this matter, and please do not hesitate to contact me with any questions or concerns that may arise.

Sincerely,

JONATHAN BENDER

Enclosures