UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JAMES C. JAMIESON, JR.,           )
                                  )
              Plaintiff,          )
                                  )
     v.                           )     No.  4:03CV1588 FRB
                                  )
NAME ADMINISTRATION, INC.,        )
                                  )
              Defendant.          )

## ORDER

Pursuant to Rule 4(m), Federal Rules of Civil Procedure, and the Court's Order of April 5, 2004,

**IT IS HEREBY ORDERED** that plaintiff's claims are dismissed without prejudice as to defendant Name Administration, Inc., for failure to timely serve this defendant or to show good cause why this defendant has not been timely served.

_____
UNITED STATES DISTRICT JUDGE

Dated this 19th day of July, 2004.